IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GLORIA VEGA, et al, on behalf of themselves and all others similarly situated, | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | ) NO. 03 C 9130<br>) Judge St. Eve |
| CONTRACT CLEANING MAINTENANCE, INC., CONTRACT CLEANING SERVICES, INC., CORPORATE BUILDING SYSTEMS, INC., ESTATE OF CAROLE BOLTZ, ERIC BOLTZ, SARAH ANN BOLTZ, BOLTZ FAMILY LIMITED PARTNERSHIP, and UNITED PARCEL SERVICE, INC., | ) Magistrate Judge Nolan<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| Defendants. | ) |

PLAINTIFFS' PETITION FOR ATTORNEY'S FEES

Pursuant to this Court's November 10, 2005, order awarding attorney's fees to Plaintiffs' counsel pursuant to Fed. R. Civ. P. 37(a)(4), Plaintiffs submit this petition for an award of attorney's fees from Defendants Contract Cleaning Services, Boltz Family Limited Partnership, Eric Boltz, and Sarah Ann Boltz. In support of this petition, Plaintiffs state:

1. On November 10, 2005, this Court granted Plaintiffs' Motion to Compel complete responses to Plaintiffs' first set of written discovery from Defendants Contract Cleaning Services, Boltz Family Limited Partnership, Eric Boltz, and Sarah Ann Boltz and ordered these Defendants to pay to Plaintiffs' counsel the reasonable cost of bringing the motion, including reasonable attorney's fees.

2. Plaintiffs' lead counsel, Craig Becker, engaged in the required meet and confer process, appeared at the hearing on the motion, and drafted this petition. Becker Dec. ¶ 1,

Exhibit 1. Mr. Becker expended 4.15 hours of his time attempting to secure voluntary compliance from the Defendants and 3.25 hours of his time on the motion and this petition for a total of 7.4 hours. Becker Dec,. ¶ 2, Exhibit 1. This time does not include time Mr. Becker expended on efforts to secure initial responses to the discovery from these Defendants or on the first motion to compel responses which was filed, but not ruled on after the Defendants gave written assurances that they would respond by a date certain. Id.

      3. Mr. Becker is a 1981 graduate of Yale Law School. He currently is employed as Associate General Counsel to the Service Employees International Union (SEIU) and Associate General Counsel to the American Federation of Labor - Congress of Industrial Organizations (AFL-CIO). Mr. Becker has extensive experience in litigation of labor and employment cases, in particular, cases brought under the Fair Labor Standards Act. He has also taught law school courses covering and published several articles concerning the FLSA. Mr. Becker is a salaried employee who currently does not perform any legal work for which he bills on an hourly basis. However, based on Mr. Becker's skill, experience, education and reputation, and the hourly rates charged by similarly skilled and experienced counsel in complex litigation in the Northern District of Illinois, Plaintiffs believe that Mr. Becker's current market rates is at least $400 per hour. Becker Dec. ¶¶ 4-8, Exhibit 2

      Therefore, the Plaintiffs respectfully request that this Court award them $2,960 in fees for time expended in prosecuting the motion to compel.

Respectfully submitted,


s/Craig Becker

Craig Becker
25 East Washington Street
Suite 1400
Chicago, Il. 60602
(312) 236-4584

Michael A. Caddell
Cynthia B. Chapman
Cory S. Fein
Caddell & Chapman
The Park in Houston Center
1331 Lamar, Suite 1070
Houston, Tx. 77010-3025
(713)751-0400

Michael Rubin
Laura P. Juran
Altshuler, Berzon, Nussbau, Rubin & Demain
177 Post St., Suite 300
San Francisco, CA 94108

Paul Strauss
Miner, Barnhill & Galland
14 W. Erie St.
Chicago, Il. 60610
(312)751-1170

Sarah Siskind
Miner, Barnhill & Galland
44 E. Mifflin, Suite 803
Madison, Wis. 53703
(608)255-5200

Yona Rozen
James A. Jones
Joseph Gillespie
Gillespie, Rozen, Watsky,
Motley & Jones
3402 Oak Grove Ave., Suite 200
Dallas, Tx. 75204
(214)720-2009

Counsel for the Plaintiffs

DECLARATION OF CRAIG BECKER

Craig Becker declares that he has personal knowledge of the following:

1. I am lead counsel for the Plaintiffs in this action. I engaged in the meet and confere process, drafted the second motion to compel the Texas Defendants (Contract Cleaning Services, Boltz Family Limited Partnership, Eric Boltz and Sarah Ann Boltz) to provide complete responses to Plaintiffs' first set of written discovery, and appeared at the hearing concerning the motion. I also drafted the subsequent fee petition.

2. Attached hereto as Exhibit 1 is a record of the time I expended on the motion to compel as well an on the prior effort to secure voluntary compliance and on the subsequent fee petition. Exhibit 1 does not reflect time I expended on efforts to secure initial responses to the discovery from these Defendants or on the first motion to compel responses which was filed, but not ruled on after the Defendants gave written assurances that they would respond by a date certain. Exhibit 1 is derived from records made contemporaneously with the performance of the work. Exhibit 1 indicates that I expended 7.4 hours on this matter.

3. I have carefully reviewed the time that I expended on the motion to compel. It is my professional opinion that the time reflected in Exhibit 1 were necessary in order to fairly and vigorously represent the Plaintiffs in relation to the motion.

4. Attached hereto as Exhibit 2 is my resume which accurately summarizes my educational and professional background.

5. I have had extensive experience in the litigation of labor and employment law cases and, in particular, cases brought under the Fair Labor Standards Act (FLSA). I have represented the plaintiffs in two actions under the FLSA resulting in settlements of $4 million dollars or more: Caldman v. California, No. S-90-0866 DFL PAN (E.D.Cal.), and SEIU Local 102 v.

County of San Diego, 784 F.Supp. 1503 (S.D.Cal.) (reversed on appeal, but remand resulted in settlement). In Coke v. Long Island Care at Home, Ltd., 376 F.3d 118 (2d Cir. 2004), in which I represent homecare workers employed by a private agency in New York, the Second Circuit struck down a Department of Labor regulation narrowly defining the "companionship exemption" to the coverage of the FLSA (29 U.S.C. § 213(a)(15)). The matter is currently pending before the Supreme Court on the employer's petition for a writ of certiorari and the Court has requested that the Solicitor General file a brief expressing the views of the United States. 125 S.Ct. 2537 (June 6, 2005).

      6. I have also taught courses on employment law that covered the FLSA at the University of Chicago Law School and the University of California at Los Angeles School of Law. I have published several articles on the FLSA, including "The Check is in the Mail: Timely Payment Under the Fair Labor Standards Act," 40 U.C.L.A.L.Rev. 1241 (1993); "A Good Job for Everyone: Fair Labor Standards Act Must Protect Employees in Nation's Growing Service Economy," Legal Times, Sept. 6, 2004, p. 54; "Basic Structure and Requirements of the Fair Labor Standards Act," The Labor Law Exchange #15 (1995).

      7. Throughout the litigation of this case, I have served as Associate General Counsel of the Service Employees International Union (SEIU) and Associate General Counsel of the American Federation of Labor - Congress of Industrial Organizations (AFL-CIO). In both of these positions I am paid a salary. I currently do not perform any legal work for which I bill on a hourly basis.

      8. Plaintiffs' counsel have recently reviewed a survey of attorney billing rates and available information on rates charged by experienced employment lawyers and believe that the

rate of $400 per hour for my services on behalf of the Plaintiffs in this action reflects the market rate for attorneys of my level of skill, experience and reputation in Chicago at the present time and thus is fair and reasonable. The rate is also consistent with the rates being charged by counsel for Defendant UPS for work on this case.

  I declare that the foregoing is true and correct under penalty of perjury.

s/Craig Becker  
Craig Becker

Exhibit 1

Statement for services in Vega v. Contract Cleaning Maintenance, No. 03-C-9130 (N.D.Ill.)

| Date | Attorney | Work performed | Hours |
|---|---|---|---|
| 09/27/05 | CB | Write TDV re responses to discovery | 1 |
| 10/03/05 | CB | Call and write TDV re document production | 0.25 |
| 10/05/05 | CB | Call TDV re document production (2) | 0.1 |
| 10/10/05 | CB | Meet and confer TDV re disputes re discovery responses | 1.25 |
| 10/11/05 | CB | Write TDV re results of meet and confer on discovery responses | 0.50 |
| 10/12/05 | CB | Call TDV re document production (2) | 0.1 |
| 10/17/05 | CB | Write TDV re discovery responses | 0.25 |
| 10/21/05 | CB | Write TDV re discovery responses | 0.25 |
| 10/27/05 | CB | Write TDV re discovery responses | 0.25 |
| 10/31/05 | CB | Call TDV re document production | 0.1 |
| 11/01/05 | CB | Call TDV re document production | 0.1 |
| 11/02/05 | CB | Draft motion to compel CCS | 0.75 |
| 11/04/05 | CB | Draft motion to compel CCS, write Court re same | 0.50 |
| 11/10/05 | CB | Appear re motion to compel CCS | 0.50 |
| 11/16/05 | CB | Draft fee petition re motion to compel CCS, email MR, SS re same | 1.00 |
| 11/18/05 | CB | Draft fee petition re motion to compel CCS | 0.50 |

Total hours: 7.40

Exhibit 2

CRAIG BECKER
Associate General Counsel
AFL-CIO
Associate General Counsel
Service Employees International Union, AFL-CIO
25 E. Washington, Suite 1400
Chicago, Ill. 60602
(312)236-4584

PRIOR EMPLOYMENT

   University of Chicago Law School, Lecturer, 1994-96
   U.C.L.A. Law School, Professor of Law 1994-97,
      Acting Professor of Law 1989-94
   Kirschner, Weinberg & Dempsey, Washington, D.C., Partner
      January 1988 to June 1989, Associate January 1983 to
      January 1988.  Firm served as General Counsel to the
      American Federation of State, County and Municipal
      Employees, AFL-CIO
   Georgetown Law School, Adjunct Professor, fall 1987, 1988
   Honorable Donald P. Lay, Chief Judge, United States
      Court of Appeals for the Eighth Circuit, Clerk,
      July 1981 to July 1982

EDUCATION

   J.D., Yale Law School, May 1981
   B.A., Yale College, May 1978

GRANTS AND ACADEMIC AWARDS:

   Grants, Fund for Labor Relations Studies.  To fund research
      on labor law in the service sector, 1994 (with Larry
      Engelstein).  To fund research on labor law outside the
      employment relation, 1996
   Editor, Yale Law Journal, Yale Law School, 1980-1981
   C. Larue Munson Prize for excellence in the presentation
       of a case in the clinical programs, Yale Law School,
       spring 1980
   Summa Cum Laude, Yale College, 1978
   Phi Beta Kappa, Yale College, 1978
   Distinction in political science, Yale College, 1978
   Daniel Tyler Prize for promise in political science, Yale
       College, spring 1977

PUBLICATIONS:

   LAW REVIEW ARTICLES

   At Age 70, Should the Wagner Act be Retired?  A Response to
       Professor Dannin, Berkeley J. Emp. & Labor Law

(forthcoming) (with Jonathan P. Hiatt)
Drift and Division on the Clinton NLRB, 16 The Labor Lawyer 103 (2000) (with John Hiatt) (reprinted in 18 GPSOLO: The Best Articles Published by the ABA 60 (March 2001))
Labor Law Outside the Employment Relation, 74 Tex.L.Rev. 1527 (1996)
'Better Than a Strike': Protecting New Forms of Collective Work Stoppages Under the National Labor Relations Act, 61 U.Chi.L.Rev. 351 (1994)
Democracy in the Workplace: Union Representation Elections and Federal Labor Law, 77 Minn.L.Rev. 495 (1993)
The Check is in the Mail: Timely Payment Under the Fair Labor Standards Act, 40 U.C.L.A.L.Rev. 1241 (1993)
Comment on Weiss (Recent Trends in the Development of Labor Law in the Federal Republic of Germany), 23 Law and Society 773 (1989)
With Whose Hands: Privatization, Public Employment, and Democracy, 6 Yale Law and Policy Rev. 88 (1988) Reprinted in part in M. Rothstein, A. Knapp, L. Liebman, Cases and Materials on Employment Law 45 (2d ed. 1991)
Individual Rights and Collective Action: The Legal History of Trade Unions in America (reviewing C. Tomlins, The State and the Unions), 100 Harv. L. Rev. 672 (1987)
Property in the Workplace: Labor, Capital and Crime in the Eighteenth Century British Woolen and Worsted Industry, 69 Va. L. Rev. 1487 (1983)
Note, In Defense of an Embattled Mode of Advocacy: An Analysis and Justification of Public Interest Practice, 90 Yale L.J. 1436 (1981)

OTHER SCHOLARLY AND MISCELLANEOUS PUBLICATIONS

The Bush National Labor Relations Board and the Attack on Employee Rights, 30 NYSBA, L & E Newsletter 6 (Spring/Summer 2005) (with Jonathan P. Hiatt)
A Good Job for Everyone: Fair Labor Standards Act Must Protect Employees in Nation's Growing Service Economy, Legal Times, Sept. 6, 2004, p. 54
Elections Without Democracy, 3 New Labor Forum 97 (1998)
Book review, Richter, Labor Struggles, 1945-1950, Law & Hist. Rev. 402 (Fall 1997)
Basic Structure and Requirements of the Fair Labor Standards Act, The Labor Law Exchange #15 (1995)
Sweeping up at the Oscars, In These Times, April 19, 1993 (with Amy Dru Stanley)
Labor and the Supreme Court, The Oxford Companion to the Supreme Court of the United States (with William Forbath) (1992)

2

Hard Times and Government Workers -- Causes and Effects of Fiscal Crisis, Cal. P.E.R. 5 (Dec. 1991)

Teachers' Unions: Striking a New Bargain, 4 UCLA Journal of Education 49 (1990)

Unions on Campus: Lessons of the Harvard Drive, in Major Problems in the History of American Workers, E. Boris and N. Lichtenstein eds. 600 (1991). Orig. published in The Nation 196 (Feb. 12, 1990)

Testing the Tests: The Constitutionality of Drug Testing of Public Employees, 6 The Labor Law Exchange 32 (1987) (with Richard Kirschner and Martha Walfoort)

Taking the Fifth, 244 The Nation 101 (Ja. 31, 1987)

Incarceration, Inc.: The Downside of Private Prisons, in Crime in the Streets and Crime in the Suites: Perspectives on Crime and Criminal Justice, D. Timmer and D. Eitzen eds. (1989). Orig. published in 240 The Nation 728 (June 15, 1985) (with Amy Dru Stanley)

Labor Law and the Native American, 8 Indian Law Support Center Reporter Nos. 3 and 4 at 1 (March-April 1985) (with Darlene Thomas)

MEMBERSHIP IN PROFESSIONAL SOCIETIES:

New York Bar, District of Columbia Bar, California Bar, Illinois Bar

3

CERTIFICATE OF SERVICE

I hereby certify that true and correct copies of the foregoing Petition for Attorney's Fees was served by fax on Craig Boggs, Perkins Coie, 131 S. Dearborn St., Suite 1700, Chicago, IL 60603-5559, John A. Klages and Gary Clark, Quarles & Brady, 500 W. Madison St., Suite 3700, Chicago, IL 60661, and Kenneth D. Flaxman, Edward T. Joyce & Associates, Eleven S. LaSalle St., Suite 1600, Chicago, IL 60603, Anthony S. DiVincenzo, DiVincenzo, Schoenfield, & Swartzman, 33 N. LaSalle St, Suite 2900, Chicago, IL 60602 and Michael A. Miller, Miller & McCarthy, Turtle Creek Centre, 3811 Turtle Creek Blvd., Suite 1950, Dallas, Texas 75219 this 18th day of November 2005.

s/Craig Becker
Craig Becker