IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| GLORIA VEGA et. al., on behalf of themselves and all others similarly situated, | ) ) ) | |
| Plaintiffs, | ) ) | No. 03 C 9130 |
| v. | ) ) ) | Judge St. Eve |
| CONTRACT CLEANING MAINTENANCE, INC., et. al., | ) ) ) | |
| Defendants. | ) | |

**FINAL ORDER AND JUDGMENT**

This matter coming before the Court on Plaintiffs' Josephine Contreras Alejandro, Matilde Alfaro, Saúl Alfaro, Lucrecia Amador, Julia Andrade, Martin Andrade, Jose de Jesus Bermejo, Virginia Canales, Ana E. Castro, Jose M. Cruz, Augustina De la Cruz, Jesus De la Cruz, Maria R. Duarte, Candelaria Martinez Esquivel, Juan S. Esquivel, Praxedis Eufracio, Erlinda E. Garcia, Juan Gomez, Luis A. Gomez, Carmen Hernandez, Joel Herrera, Luis Alonso Machado, Mary Elena Martinez, Jose Efrain Ponce, Mirna Guadalupe Rivas, Ignacio Robles, Salvador Rodriguez, Raquel Solis, Jose H. Tizon, Tiburcio Vasquez and Defendant United Parcel Service's Motion To Approve Settlement Agreements and Motion To Voluntarily Dismiss, notice having been given, the Court having reviewed the pending motion and all other petitions and submission, with respect thereto, and the Court otherwise having been fully advised in the premises, it is hereby ordered, adjudged and decreed:

1. The Court finds each of the individual settlement agreements between United Parcel Service, Inc. ("UPS") and Plaintiffs Josephine Contreras Alejandro, Matilde Alfaro, Saúl Alfaro, Lucrecia Amador, Julia Andrade, Martin Andrade, Jose de Jesus Bermejo, Virginia

Canales, Ana E. Castro, Jose M. Cruz, Augustina De la Cruz, Jesus De la Cruz, Maria R. Duarte, Candelaria Martinez Esquivel, Juan S. Esquivel, Praxedis Eufracio, Erlinda E. Garcia, Juan Gomez, Luis A. Gomez, Carmen Hernandez, Joel Herrera, Luis Alonso Machado, Mary Elena Martinez, Jose Efrain Ponce, Mirna Guadalupe Rivas, Ignacio Robles, Salvador Rodriguez, Raquel Solis, Jose H. Tizon and Tiburcio Vasquez to be fair, adequate and reasonable, and are hereby approved, and the motion for final approval of the individual settlement agreements is granted.

2. Subject to the reservation for the purpose of (a) supervising the implementation, enforcement, construction, and interpretation of the Settlement Agreements; (b) supervising the administration and distribution of the settlement proceeds in this case; and (c) resolving any disputes that may arise with respect to any of the foregoing, and the Court retaining jurisdiction for the foregoing purposes: (i) the Plaintiffs' Josephine Contreras Alejandro, Matilde Alfaro, Saúl Alfaro, Lucrecia Amador, Julia Andrade, Martin Andrade, Jose de Jesus Bermejo, Virginia Canales, Ana E. Castro, Jose M. Cruz, Augustina De la Cruz, Jesus De la Cruz, Maria R. Duarte, Candelaria Martinez Esquivel, Juan S. Esquivel, Praxedis Eufracio, Erlinda E. Garcia, Juan Gomez, Luis A. Gomez, Carmen Hernandez, Joel Herrera, Luis Alonso Machado, Mary Elena Martinez, Jose Efrain Ponce, Mirna Guadalupe Rivas, Ignacio Robles, Salvador Rodriguez, Raquel Solis, Jose H. Tizon, Tiburcio Vasquez and Defendant United Parcel Service's motion to voluntarily dismiss their causes against UPS, including their claims against UPS as set forth in the Eighth Amended Complaint, are hereby dismissed with prejudice, and without the assessment of costs, expenses or attorneys' fees and (ii) the release by Plaintiffs Josephine Contreras Alejandro, Matilde Alfaro, Saúl Alfaro, Lucrecia Amador, Julia Andrade, Martin Andrade, Jose de Jesus Bermejo, Virginia Canales, Ana E. Castro, Jose M. Cruz, Augustina De

la Cruz, Jesus De la Cruz, Maria R. Duarte, Candelaria Martinez Esquivel, Juan S. Esquivel, Praxedis Eufracio, Erlinda E. Garcia, Juan Gomez, Luis A. Gomez, Carmen Hernandez, Joel Herrera, Luis Alonso Machado, Mary Elena Martinez, Jose Efrain Ponce, Mirna Guadalupe Rivas, Ignacio Robles, Salvador Rodriguez, Raquel Solis, Jose H. Tizon, Tiburcio Vasquez and Defendant United Parcel Service of all claims against UPS as set forth in Paragraph 8 to the individual settlement agreements is approved.

3. The Court finds that pursuant to Fed. R. Civ. P. 54(b) there is no just reason or cause to delay the enforcement or appeal of this Order, and the Court finds that this Order is a final judgment which is immediately appealable.

Date: 11-15-06

Enter:

_____
Honorable Amy St. Eve.
Presiding Judge