

**SEIU**
Stronger Together

April 4, 2007

Honorable Amy St. Eve
 United States District Judge
United States District Court for the
 Northern District of Illinois
219 South Dearborn Street
Chicago, Illinois 60604



FILED
APR - 9 2007
JUDGE AMY ST. EVE
United States District Court

Re: Vega v. Contract Cleaning Maintenance, No. 03 C 9130

Dear Judge St. Eve:

At the status conference in the above-referenced case on Tuesday, Plaintiffs orally requested leave to honor four late claims related to the Illinois settlement out of the existing settlement funds. You asked that we submit an agreed order. Upon circulation of a proposed agreed order, several Defendants objected to an order that did not require a renewed 30 day period after the execution of the order for the filing of an appeal before any funds are distributed. Because we do not believe it is in the best interests of the class to wait an additional 30 days to distribute the settlement funds, we withdraw our request to honor the late claims at this time

Thank you for your attention to this matter.

Sincerely,

Craig Becker
Counsel for the Plaintiffs

cc: All counsel

CRAIG BECKER
Associate General Counsel

Service Employees
International Union
AFL-CIO, CLC

25 E. Washington Street
Chicago, IL 60602
Suite 1400
312.236.4584
Fax: 312.236.6686
beckerc@seiu.org