# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − **CM/ECF LIVE, Ver 3.0**
## Eastern Division

Gloria Vega, et al.

                                    Plaintiff,

v.                                                                Case No.: 1:03−cv−09130
                                                                  Hon. Amy J. St. Eve

Contract Cleaning Maintenance Inc, et al.

                                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, May 4, 2007:

      MINUTE entry before Judge Amy J. St. Eve :Motion for preliminary approval due by 5/11/2007. Status hearing set for 5/9/2007 is stricken and reset to 5/16/2007 at 08:30 AM.Mailed notice(tmh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.