IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GLORIA VEGA, *et al.*, <br> on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> CONTRACT CLEANING MAINTENANCE, <br> INC., *et al.*, <br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) No. 03 C 9130 <br> ) Judge Amy J. St. Eve <br> ) Magistrate Judge Nan R. Nolan <br> ) <br> ) <br> ) |

ORDER GRANTING FINAL APPROVAL

This matter coming before the Court on Plaintiffs' Motion For Final Approval of Class Action Settlement Agreement, Class Certification and Approval of Agreed Fee Award, and the Court finding that no class member has filed a timely objection to the proposed Settlement Agreement; that the proposed Settlement Agreement is fair, reasonable, and adequate; that the proposed class satisfies all requirements of Fed. R. Civ. P. 23; and that the agreed fee award is reasonable, it is hereby ORDERED, ADJUDGED, AND DECREED that:

1. Final approval of the proposed Settlement Agreement set forth in the Proposed Consent Decree (Exhibit 2 to the Motion for Preliminary Approval, Docket No. 472) is granted. The plan of allocation set forth in Section VIII, B of the Settlement Agreement is approved. The payment of any service awards to the named Plaintiffs resulting from Section VIII, B(3)(b) of the Settlement Agreement is approved. The parties are directed to consummate the Settlement Agreement according to its terms.

2. The Court finds, for purposes of effectuating the Settlement Agreement, that the proposed Texas Class of all individuals who were classified or treated by Contract Cleaning

Services, Inc. ("CCS") as independent contractors and who performed work for CCS in Texas at any time during the period from December 18, 1998 to May 1, 2007, excluding those individuals who entered into separate settlement agreements with the "Texas Defendants" (CCS, Eric Boltz, Sarah Boltz, and the Boltz Family Limited Partnership) specifically, Josefine Alejandro-Contreras, Praxedis Eufracio, Jose Fernando Leija, Emilia Casarez, Agustina de la Cruz, Jesus de la Cruz, Erlinda Garcia, Virginia Canales, Mario Fernandez, and Lesvia Vazquez, and excluding those individuals who filed timely requests to be excluded from the class, specifically Nery F. Artiga, Omar A. Morassuth, and Sanrda Tinoco, satisfies all requirements of Fed.R.Civ.P. Rule 23, and said class is hereby certified, and Plaintiffs' counsel are appointed as its counsel with authority to enter into and effectuate the proposed Settlement Agreement.

3. By no later than November 1, 2007, the Texas Defendants shall pay the agreed amount of $411,500 plus simply interest calculated at the rate of 5% per annum for the period from the date of this Order to the date of payment, to the neutral Claims Administrator Hochfelder & Weber, P.C. to be distributed in accordance with the Settlement Agreemtn.

4. The Texas Defendants, and any entity owned or controlled in whole or in part by any of the Texas Defendants, shall permanently discontinue the practice of classifying or treating cleaning, janitorial, maid, maintenance, or similar workers as independent contractors.

5. The Court finds that the agreed award of $200,000 as attorney's fees is fair and reasonable and the payment of the agreed amount is approved;

6. The Consent Decree, Exhibit 2 to the Motion for Preliminary Approval (Docket No. 472), also executed this day, is modified by this Court's orders of June 8 and 15, 2007 (Docket Nos. 479, 481) extending the time for the mailing of notice and permitting amendment of the

notice.

7. A final judgment is entered dismissing all the Plaintiffs' and class members' claims against the Texas Defendants with prejudice in accordance with the terms of the Settlement Agreement.

8. The Court reserves jurisdiction over this case for the purpose of resolving the sole remaining issue in dispute relating to the timing of the payment of the agreed sum of attorney's fees. The parties shall submit the issue to the Court for resolution, if necessary, by December 1, 2007.

Signed and so ordered this 17th day of September 2007.

_____
The Honorable Amy St. Eve
United States District Judge